IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal Action No. 3:14CR00016 |
| v. | ) |
| | ) **ORDER** |
| DANIEL LAMONT MATHIS, | ) |
| SHANTAI MONIQUE SHELTON, | ) By: Hon. Glen E. Conrad |
| MERSADIES LACHELLE SHELTON, | ) Chief United States District Judge |
| KWELI UHURU, | ) |
| HALISI UHURU, and | ) |
| ANTHONY DARNELL STOKES, | ) |
| | ) |
| Defendants. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motions to dismiss various counts of the superseding indictment filed by Daniel Mathis, Shantai Shelton, Mersadies Shelton, and Kweli Uhuru (Docket Nos. 619, 620, 625, and 626) are **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 25th day of January, 2016.

_____
Chief United States District Judge